JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON-WORKERS VACATION TRUST; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST; and IRONWORKERS WORKERS' COMPENSATION TRUST, | CASE NO.: CV08-01266 PA (CWx) <br><br> JUDGMENT <br><br><br><br><br> Judge: Honorable Percy Anderson |
| Plaintiffs, | Complaint Filed:    Feb. 25, 2008 |
| v. | |
| NJR STEEL, INC., a corporation, aka NJR CONSTRUCTION CO., LARRY J. BLANKENSHIP, an individual and dba NJR CONSTRUCTION CO., NICOLAS JIMENEZ, an individual, | |
| Defendants. | |

This action having commenced on February 25, 2008, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs, the Trustees of the CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA

-2-

1  IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS
2  VACATION TRUST, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP
3  TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND
4  VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD
5  IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD
6  IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST and
7  IRONWORKERS WORKER'S COMPENSATION TRUST ("Plaintiffs") and against
8  Defendant, NICOLAS JIMENEZ ("Jimenez") and Defendant NJR STEEL, INC. ("NJR")
9  (collectively "Defendants"),

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs shall recover from Defendants the sum of $3,967,226.00, representing unpaid fringe benefit contributions, liquidated damages, pre-judgment interest and audit fees.

   Judgment is entered this 17th day of <u>March</u>, 2009.

DATED April 17, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

